UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY ECK,

           Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security,

           Defendant.

No. C05-0625-MJP-MAT

ORDER OF REMAND

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. No objections to the Report and Recommendation have been filed. The Court hereby ORDERS as follows:

   (1)   The Court ADOPTS the Report and Recommendation;

   (2)   The Court REMANDS this matter for further administrative proceedings; and

   (3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 30th day of December, 2005.

           s/Marsha J. Pechman
           Marsha J. Pechman
           United States District Judge

ORDER OF REMAND- 1